UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62429-CIV-DIMITROULEAS

MONARCH AIR GROUP, LLC d/b/a
MERCURY JETS, a Florida limited
liability company, and DAVID GITMAN

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., a foreign
profit corporation,

    Defendant.
_____/

## ORDER DENYING AS MOOT MOTION TO DISMISS

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss [DE 3]. On January 21, 2022, Plaintiffs filed an Amended Complaint [DE 21] and, therefore, the Motion [DE 3] is now moot.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 3] is hereby **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of January, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record