UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62429-CIV-DIMITROULEAS

MONARCH AIR GROUP, LLC d/b/a
MERCURY JETS, a Florida limited
liability company, and DAVID GITMAN,

        Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A., a foreign
profit corporation,

        Defendant.
_____/

## FINAL JUDGMENT AND ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Court's Order Granting Defendant's Motion for Summary Judgment, entered separately today.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Defendant and against Plaintiffs;

2. Plaintiffs shall take nothing from Defendant through this action; and

3. The Clerk is hereby directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of May, 2023.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record