## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE DIVISION)

| | |
|---|---|
| MONARCH AIR GROUP, LLC d/b/a<br>MERCURY JETS, a Florida limited<br>liability company, and DAVID GITMAN,<br><br>      Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a foreign<br>profit corporation,<br><br>      Defendant.<br>_____/ | CASE NO.: 21-cv-62429-WPD |

## PLAINTIFFS NOTICE OF FILING TRANSCRIPT DESIGNATIONS FOR HEARING

Plaintiffs, Monarch Air Group, LLC, and David Gitman, designate the portions of the following transcripts for the July 20, 2023 hearing:

**I.    May 11, 2023 Hearing Transcript**

1. 23:22-25:18
2. 26:4-27:19
3. 30:7-31:18
4. 32:5-34:10

**II.    December 14, 2022 Chase Deposition**

1. 22:23-25:16
2. 54:8-56:18
3. 133:18-22

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed and served via the CM/ECF filer on **July 19, 2023**, on all parties and counsel of record: Derek E. León, Esq., dleon@leoncogrove.com; Benjamin Weinberg, Esq., bweinberg@leoncosgrove.com, eperez@leoncosgrove.com; Sofia Manzo, Esq., smanzo@leoncosgrove.com, aquezada@leoncosgove.com; LEÓN COSGROVE, LLP 255 Alhambra Circle, 8th Floor Miami, Florida 33134.

Respectfully submitted,

/s/*Joshua R. Kon, Esq.*
Robert A. Stok
 Florida Bar No. 857051
Joshua R. Kon
 Florida Bar No. 56147
Yosef Kudan
 Florida Bar No. 1010261

**STOK KON + BRAVERMAN**
One East Broward Boulevard, Suite 915
Fort Lauderdale, Florida 33301
Telephone: (954) 237.1777
Fax: (954) 237.1737
Email: rstok@stoklaw.com
Email: jkon@stoklaw.com
Email: ykudan@stoklaw.com
Secondary: service@stoklaw.com

*Counsel for Plaintiffs Monarch Air Group, LLC and David Gitman*