UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE DIVISION)

MONARCH AIR GROUP, LLC d/b/a       CASE NO.: 21-cv-62429-WPD
MERCURY JETS, a Florida limited
liability company, and DAVID GITMAN,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A., a foreign
profit corporation,

    Defendant.
_____/

**PLAINTIFFS' AMENDED WITNESS AND EXHIBIT LIST**

Plaintiffs, Monarch Air Group, LLC, and David Gitman, hereby amend their witness and exhibit list to include additional exhibits introduced during the Evidentiary Hearing regarding [213] Plaintiffs' Motion for Discovery to Support their Motion for Relief from Judgment:

**I.  WITNESSES**

| Name | Contact Information |
|---|---|
| Yosef Kudan | c/o Stok Kon + Braverman, One East Broward Boulevard, Suite 915 Ft. Lauderdale, FL 33301 |
| Robert Flores | c/o Stok Kon + Braverman, One East Broward Boulevard, Suite 915 Ft. Lauderdale, FL 33301 |
| Anthony Lauro | c/o Leon Cosgrove Jimenez, LLP 255 Alhambra Cir., 8th Floor, Miami, FL 33134 |
| JPMorgan Chase, N.A., corporate representative | c/o Leon Cosgrove Jimenez, LLP 255 Alhambra Cir., 8th Floor, Miami, FL 33135 |

*Amended Witness and Exhibit List*
*Case No.* 21-cv-62429-WPD
*Page 2 of 4*

## II.     EXHIBITS

| No. | Date | Description |
|---|---|---|
| 1 | 8/10/2020 | Chase Sanction Service Utility Procedure & Governance Document |
| 2 | Unknown | Client Messaging Guidelines for Sanctions |
| 3 | 4/27/2023 | Chase's Motion in Limine [DE 163] |
| 4 | 4/17/2019 | Exhibit A to Chase's Motion in Limine - Congressional Subpoena [DE 163-1] |
| 5 | 4/27/2023 | Exhibit B to Chase's Motion in Limine – 2022 Excel Sheet [DE 163-2] |
| 6 | 3/24/2019 | SternFacts Blog Post |
| 7 | 11/27/2020 | OCCRP Article |
| 8 | 1/10/2020 | Chase AML Policy |
| 9 | July 2020 | AML Interdiction List Request |
| 10 | 6/5/2023 | Affidavit of Robert Flores |
| 11 | 5/2/2023 | Kentucky AG Letter |
| 12 | May 11, 2023 | Hearing Transcript |
| 13 | 6/5/2023 | Affidavit of Yosef Kudan, Esq. |
| 14 | 3/22/2022 | JPMorgan Chase's Initial Disclosures |
| 15 | 5/4/2022 | Plaintiffs' First Interrogatories |
| 16 | 5/4/2022 | Plaintiffs' First Request for Production |
| 17 | 7/19/2022 | Chase's Response to Plaintiffs' First Request for Production |
| 18 | 7/19/2022 | Chase's Response to Plaintiffs' First Interrogatories |
| 19 | 9/2/2022 | Email from B. Weinberg to Y. Kudan |
| 20 | 11/2/2022 | Email from B. Weinberg to Y. Kudan |

*Amended Witness and Exhibit List*
*Case No.* 21-cv-62429-WPD
*Page 3 of 4*

| 21 | 11/4/2022 | Chase's Amended Responses to Plaintiffs' First Request for Production |
| 22 | 11/4/2022 | Chase's Amended Response to Plaintiffs' First Interrogatories |
| 23 | 11/14/2022 | Email from Y. Kudan to B. Weinberg |
| 24 | 1/27/2023 | Email from B. Weinberg to Y. Kudan |
| 25 | 12/14/2022 | Anthony Lauro Deposition Transcript |
| 26 |  | Any exhibits listed by Chase |
| 27 | 10/9/2019-10/10/2019 | Maxine Waters Flight Records |
| 28 | 6/26/2023 | Subpoena for Corporate Representative of JPMorgan Chase Bank |
| 29 | 6/29/2023 | Return of Non-Service on Subpoena for Corporate Representative of JPMorgan Chase Bank |
| 30 | 7/11/2023 | Return of Service on Subpoena for Corporate Representative of JPMorgan Chase Bank |
| 31 | 7/18/2023 | Secure Message from JPMorgan Chase Bank to Plaintiff Re: JPO230718-000458,- SSU OFAC Investigation Cancellation of Payment |

*Amended Witness and Exhibit List*
*Case No.* 21-cv-62429-WPD
*Page 4 of 4*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed and served via the CM/ECF filer on **July 24, 2023**, on all parties and counsel of record: Derek E. León, Esq., dleon@leoncogrove.com; Benjamin Weinberg, Esq., bweinberg@leoncosgrove.com, eperez@leoncosgrove.com; Sofia Manzo, Esq., smanzo@leoncosgrove.com, aquezada@leoncosgove.com; LEÓN COSGROVE, LLP 255 Alhambra Circle, 8th Floor Miami, Florida 33134.

    Respectfully submitted,

STOK KON + BRAVERMAN
*Attorneys for Plaintiffs*
One East Broward Boulevard, Suite 915
Fort Lauderdale, Florida 33301
Tel.: (954) 237-1777
Fax: (954) 237-1737
Email: service@stoklaw.com

*/s/ Joshua R. Kon, Esq.*
ROBERT A. STOK, ESQ.
Florida Bar No. 857051
(rstok@stoklaw.com)
JOSHUA R. KON, ESQ.
Florida Bar No. 56147
(jkon@stoklaw.com)
YOSEF KUDAN, ESQ.
Florida Bar No. 1010261
(ykudan@stoklaw.com)