# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

MONARCH AIR GROUP, LLC d/b/a  
MERCURY JETS, a Florida limited  
liability company, and DAVID GITMAN,

      Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A., a foreign  
profit corporation,

      Defendant.  
_____/

Case No. 21-62429-CIV-DIMITROULEAS

## PLAINTIFFS' *UNOPPOSED* MOTION TO FILE UNDER SEAL

Plaintiffs, MONARCH AIR GROUP, LLC, and DAVID GITMAN (collectively, "Plaintiffs"), by and through their undersigned counsel, pursuant to the parties' Stipulated Confidentiality Agreement and Protective Order [DE 47], hereby move for the entry of an Order allowing Plaintiffs to file their Exhibits for the Evidentiary Hearing regarding [213] Plaintiffs' Motion for Discovery to Support their Motion for Relief from Judgment, under seal:

Information contained in Plaintiffs' evidentiary hearing exhibits is confidential, pursuant to the Confidentiality Order [DE 47] and shall remain "non-public". Accordingly, Plaintiffs respectfully request that this court enter an order allowing Plaintiffs to file their Evidentiary hearing exhibits under seal.

Certificate of Conferral: I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good-faith effort to resolve the issues and Chase agrees to the relief sought in this motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed and served via the CM/ECF filer on **July 25, 2023**, on all parties and counsel of record: Derek E. León, Esq., dleon@leoncogrove.com; Benjamin Weinberg, Esq., bweinberg@leoncosgrove.com, eperez@leoncosgrove.com; Sofia Manzo, Esq., smanzo@leoncosgrove.com, aquezada@leoncosgove.com; LEÓN COSGROVE, LLP 255 Alhambra Circle, 8th Floor Miami, Florida 33134.

    Respectfully submitted,

STOK KON + BRAVERMAN
Attorneys for Plaintiffs
One East Broward Boulevard, Suite 915
Fort Lauderdale, Florida 33301
Tel.: (954) 237-1777
Fax: (954) 237-1737
Email: service@stoklaw.com

*/s/ Joshua R. Kon, Esq.*
ROBERT A. STOK, ESQ.
Florida Bar No. 857051
(rstok@stoklaw.com)
JOSHUA R. KON, ESQ.
Florida Bar No. 56147
(jkon@stoklaw.com)
YOSEF KUDAN, ESQ.
Florida Bar No. 1010261
(ykudan@stoklaw.com)