UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:21-cv-62429-WPD

MONARCH AIR GROUP, LLC d/b/a
MERCURY JETS and DAVID GITMAN,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT JP MORGAN CHASE BANK, N.A.'S UNOPPOSED, EXPEDITED MOTION TO RESCHEDULE HEARING ON PLAINTIFFS' AMENDED MOTION FOR RELIEF FROM JUDGMENT FOR FRAUD ON THE COURT**

    **THIS CAUSE** is before the Court on Defendant JPMorgan Chase Bank, N.A.'s Unopposed, Expedited Motion to Reschedule Hearing on Plaintiffs' Amended Motion for Relief from Judgment for Fraud on the Court [ECF No. 321] (the "Motion"), filed on August 12, 2025. Having reviewed the Motion and being fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that the Motion [ECF No. 321] is **GRANTED**. The hearing on Plaintiffs' Amended Motion for Relief from Judgment for Fraud on the Court [ECF No. 312] is **RESET** to September 4, 2025 at 10:00 AM.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on this 13th day of August, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to all counsel of record.