UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE DIVISION)

MONARCH AIR GROUP, LLC d/b/a            CASE NO.: 21-cv-62429-WPD
MERCURY JETS, a Florida limited
liability company, and DAVID GITMAN,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A., a foreign
profit corporation,

    Defendant.
_____/

**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

    Plaintiffs, Monarch Air Group, LLC and David Gitman, and Defendant, JP Morgan Chase Bank, N.A. by and through their undersigned counsel, pursuant to parties' Stipulated Confidentiality Agreement and Protective Order (ECF No. 47) hereby move for the entry of an Order permitting Plaintiffs to file their unredacted Response to Defendant JPMorgan Chase Bank, N.A. Motion to Quash Subpoenas for Counsel to Appear and Testify at September 4, 2025 Hearing [ECF No. 325 and 327] and therein exhibits under seal.

    Information contained in the exhibits attached to Response to Defendant JPMorgan Chase Bank, N.A. Motion to Quash Subpoenas for Counsel to Appear and Testify at September 4, 2025 Hearing and exhibits is confidential, pursuant to the Confidentiality Order [DE 47] and shall remain "non-public". Accordingly, Plaintiffs respectfully request that this Court enter an order allowing Plaintiffs to file their Response to Defendant JPMorgan Chase Bank, N.A. Motion to Quash Subpoenas for Counsel to Appear and Testify at September 4, 2025 Hearing [ECF No. 325 and 327] and therein exhibits under seal.

Certificate of Conferral: I hereby certify that counsel for the movant has conferred with all parties who may be affected by the relief sought in this motion in a good-faith effort to resolve the issues and Defendant agrees to the relief sought in this motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed and served via the CM/ECF filer on September 3, 2025, on all parties and counsel of record

/s/ *Joshua R. Kon*
Joshua R. Kon
Florida Bar No. 56147
Yosef Kudan
Florida Bar No. 1010261
**Stok Kon + Braverman**
One East Broward Boulevard, Suite 915
Fort Lauderdale, Florida 33301
Telephone: (954) 237.1777
Fax: (954) 237.1737
Email: rstok@stoklaw.com
Email: jkon@stoklaw.com
Email: ykudan@stoklaw.com
Secondary: service@stoklaw.com

Counsel for Plaintiffs Monarch Air Group, LLC and David Gitman