UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MONARCH AIR GROUP, LLC d/b/a
MERCURY JETS, a Florida limited
liability company, and DAVID GITMAN,

CASE NO.: 21-cv-62429-WPD

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A., a foreign
profit corporation,

    Defendant.
_____/

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

This matter came before the Court upon the Plaintiffs' Unopposed Motion to File Under Seal (the "Motion"), filed on September 3, 2025. [DE 325]. The Court has carefully considered the Motion, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Motion [DE 325] is **GRANTED**;

2. Plaintiffs may file their unredacted Response to Defendant JPMorgan Chase Bank, N.A. Motion to Quash Subpoenas for Counsel to Appear and Testify at September 4, 2025 Hearing [ECF No. 325 and 327] and therein exhibits under seal.

**DONE AND ORDERED** in chambers, at Fort Lauderdale, Florida, on this 3rd day of September, 2025.

Copies furnished to:
All counsel of record

WILLIAM P. DIMITROULEAS
United States District Judge