UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:21-cv-62429-WPD

MONARCH AIR GROUP, LLC d/b/a
MERCURY JETS and DAVID GITMAN,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

_____/

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE
OF EXHIBIT LIST FOR EVIDENTIARY HEARING SET
FOR SEPTEMBER 4, 2025**

Defendant JPMorgan Chase Bank, N.A. hereby discloses its exhibits for the September 4, 2025, Evidentiary Hearing on Plaintiffs' Amended Motion for Relief from Judgment for Fraud on the Court.

**EXHIBITS**

| No. | Description |
|---|---|
| 1. | Congressional Subpoena dated April 15, 2019 |
| 2. | Congressional Subpoena dated December 11, 2020 |
| 3. | FFIEC Examination Manual (Appx F) |
| 4. | Financial Crimes Enforcement Network (FinCEN) Consent Order Against TD Bank |
| 5. | AML Interdiction List Request dated July 2020 |
| 6. | AML Interdiction List Request (David Gitman) dated October 17, 2019 |
| 7. | Transcript of Evidentiary Hearing on Plaintiffs' Motion for Post-Judgment Discovery [DE 255] |
| 8. | JPMorgan Chase Bank, N.A.'s Motion in Limine to Include Congressional Subpoena In Trial Exhibits [DE 163] |

| | | |
|---|---|---|
| 9. | Transcript of Deposition of Anthony Lauro, *Sinai Holdings LLC v. JPMorgan Chase Bank, N.A.* | |

Date:  September 4, 2025

Respectfully submitted,

*/s/ Eliot Pedrosa*
Eliot Pedrosa, Esq.
Fla. Bar No. 182443
Taylor Cavaliere Jones, Esq.
Fla. Bar No. 1040247
JONES DAY
600 Brickell Ave, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799
Email: epedrosa@jonesday.com
Email: tcavaliere@jonesday.com

Amanda L. Dollinger (*pro hac vice*)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: 212-326-3939
Facsimile: 212-755-7306
Email: adollinger@jonesday.com

**Attorneys for Defendant
JPMorgan Chase Bank, N.A.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this September 4, 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

                                        */s/ Eliot Pedrosa*
                                        Eliot Pedrosa

                                        ***Attorney for Defendant***
                                        ***JPMorgan Chase Bank, N.A.***