UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE DIVISION)

MONARCH AIR GROUP, LLC d/b/a
MERCURY JETS, a Florida limited
liability company, and DAVID GITMAN,

CASE NO.: 21-cv-62429-WPD

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A., a foreign
profit corporation,

    Defendant.
_____/

## INDEX OF PLAINTIFFS' EVIDENTIARY HEARING EXHIBITS

Plaintiffs, Monarch Air Group, LLC and David Gitman, respectfully submit the following Exhibits in support of Plaintiffs' presentation at the Evidentiary Hearing on [D.E. 312], Plaintiffs' Amended Motion for Relief from Judgment for Fraud on the Court:

| No. | Date | Description |
| --- | --- | --- |
| 1. | 12/14/2022 | Anthony Lauro's Monarch Deposition |
| 2. | | Anthony Lauro's Notes in Preparation for First Deposition |
| 3. | | Initial redacted AMLOC Template |
| 4. | 4/17/2023 | Chase Exhibit List [DE 159] |
| 5. | 4/24/2023 | Chase Motion in Limine [DE 160] |
| 6. | | Excel Spreadsheet- Ex. Attached to Motion in Limine |
| 7. | 4/15/2019 | House Financial Services Subpoena |
| 8. | 5/08/2023 | Chase Response to Second Motion for Sanctions [DE 191] |
| 9. | 5/11/2023 | Transcript from Hearing on Motion for Sanctions [210] |
| 10. | | SSU Policy 8.6 |
| 11. | 6/23/2023 | JPMC's Response to Motion for Discovery in Support of Motion for Relief of Judgment [DE 226] |
| 12. | 7/20/2023 | Transcripts from Evidentiary hearing on Motion for Discovery in support of Motion for Relief From Judgement [DE 253] |

*Index of Exhibits*
*Case No.* 21-cv-62429-WPD
*Page 2 of 2*

| 13. | 12/19/2023 | Order Denying Plaintiffs' Motion for Relief From Judgement [DE 277] |
| --- | --- | --- |
| 14. |  | Interdiction List Best Practices |
| 15. |  | GFCC AML Interdiction List Procedures |
| 16. | 10/17/2019 | AMLOC Templates |
| 17. | 6/12/2025 | Anthony Lauro Sinai Holding v. JPMorgan |
| 18. |  | JPMC OFAC Related Communications to Customers |
| 19. |  | JPMC OFAC Related communication to Banks |
| 20. |  | The Stern Facts- Article |
| 21. | 4/19/2023 | Deposition of Patrick Simpson |
| 22. | 6/17/2025 | Deposition of Jeff Gontero |
| 23. |  | AMLOC Approval Emails |
| 24. | 6/18/2025 | Deposition Transcript of Kelly Hoffman Mouton |
| 25. | 7/16/2020 | AMLOC Request Email |
| 26. |  | FBI Press Release of Ronald Uy |
| 27. |  | Tax return showing no ownership of Monarch by Jacob Gitman |
| 28. | 4/03/2025 | Deposition Transcript of Steve Diamond – Sinai Holding v. JPMorgan |
| 29. | 11/04/2022 | JPMorgan Chase Bank Supplemental Objections and Answers to Plaintiffs First Set of Interrogatories |
| 30. | 6/8/2023 | Yosef Kudan, Esq Affidavit |

Dated: September 4, 2025

Respectfully submitted,

/s/Joshua R. Kon, Esq.
Robert A. Stok
Florida Bar No. 857051
Joshua R. Kon
Florida Bar No. 56147
Yosef Kudan
Florida Bar No. 1010261
**STOK KON + BRAVERMAN**
One East Broward Boulevard, Suite 915
Fort Lauderdale, Florida 33301
Telephone: (954) 237.1777
Fax: (954) 237.1737

*Counsel for Plaintiffs Monarch Air Group, LLC and David Gitman*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed and served via the CM/ECF filer on September 4, 2025, on all parties and counsel of record

/s/ *Joshua R. Kon*
Joshua R. Kon
Florida Bar No. 56147
Yosef Kudan
Florida Bar No. 1010261
**Stok Kon + Braverman**
One East Broward Boulevard, Suite 915
Fort Lauderdale, Florida 33301
Telephone: (954) 237.1777
Fax: (954) 237.1737
Email: rstok@stoklaw.com
Email: jkon@stoklaw.com
Email: ykudan@stoklaw.com
Secondary: service@stoklaw.com

Counsel for Plaintiffs Monarch Air Group, LLC and David Gitman